UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,** ***ex rel.***
**The Tarbell Group, LLC,**

**Plaintiffs,**

**FILED UNDER SEAL**
**Civil Action No. 25-cv-541**

**v.**

**KPH Construction Corp. and**
**Keith Harenda,**

**Defendants.**

---

**ORDER**

---

The United States of America has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). The Court, therefore, rules as follows:

**IT IS HEREBY ORDERED** that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the United States of America's Notice of Election to Decline to Intervene, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED.**

Dated at Milwaukee, Wisconsin this 6th day of November, 2026.

/s/ Lynn Adelman
Hon. Lynn Adelman
United States District Judge